**DeConcini McDonald Yetwin & Lacy, P.C.**
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Telephone (602) 282-0500
Facsimile (602) 282-0520

Lawrence D. Hirsch 004982
lhirsch@dmylphx.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>LEON JAY KLEIN &<br>STACY ELLEN KLEIN,<br><br>Debtors | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-30142-CGC<br><br>**FIRST AMENDMENT TO DEBTORS' PLAN OF REORGANIZATION** |

ARTICLE II 3. c. of the Debtors' Plan of Reorganization is deleted in its entirety and amended to read as follows:

c. <u>Class 5: Chase Home Finance</u> – Chase Home Finance ("Chase") holds a first mortgage on a condominium located at 5345 E. Van Buren, Phoenix, AZ. The amount due Chase is approximately $107,000.00 and the Debtors believe the property has a fair market value of $45,000.00. Debtors will bifurcate Chase's claim into secured and unsecured portions. The secured portion of the claim shall be paid at 4.5% interest based upon a 40 year amortization schedule with monthly payments of $202.30. A balloon payment of all remaining principal due on the secured portion of the claim of approximately $41,179.28 will be due on month 96 after the Plan Distribution Date. The balance of the amount due Chase (approximately $62,000.00) will be treated as a General Unsecured Claim under Class 9 of the Plan.

ARTICLE IV 2. of the Debtors' Plan of Reorganization is deleted in its entirety and amended to read as follows:

2.  <u>Class 5: Chase Home Finance</u> – Chase Home Finance ("Chase") holds a first mortgage on a condominium located at 5345 E. Van Buren, Phoenix, AZ. . This property is the primary residence for the Debtor's son. The amount due Chase is approximately $107,000.00 and the Debtors believe the property has a fair market value of $45,000.00. Debtors will bifurcate Chase's claim into secured and unsecured portions. The secured portion of the claim shall be paid at 4.5% interest with a 40 year amortization schedule with a balloon payment of all remaining principal due on month 96 after the Plan Distribution Date. The balance of the amount due Chase (approximately $62,000.00) will be treated as a General Unsecured Claim under Class 9 of the Plan. Monthly payments on the secured portion of the claim will be $202.30. The payoff of the principal at the end of 96 months will be $41,131.40. Chase is impaired.

All other terms of the Plan of Reorganization remain unchanged.

RESPECTFULLY SUBMITTED this 26 day of March, 2010.

DECONCINI MCDONALD YETWIN & LACY, P.C.
/s/ Lawrence D. Hirsch, #004982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtors

2

Approved:

_____
Leon Jay Klein

_____
Stacy Ellen Klein

A copy of the foregoing was mailed
this 26 day of March, 2010, to:

Mailing Matrix

By: /s/ Linda Miernik
Legal Assistant to Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0473
Fax: 602-282-0520