# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-10690

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-30142-CGC |
| Leon Jay Klein and Stacy Ellen Klein | Chapter 11 |
| Debtors. | OBJECTION TO CHAPTER 11 PLAN |
| FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, By Saxon Mortgage Services, Inc., as Attorney in Fact | |
| Secured Creditor, vs. | |
| Leon Jay Klein and Stacy Ellen Klein, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, By Saxon Mortgage Services, Inc., as Attorney in Fact, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, By Saxon Mortgage Services, Inc., as Attorney in Fact, files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan refers to a loan

modification agreement which provides for interest only payments until March 1, 2012 and a balloon payment to be made on this account at the maturity date Debtor further states that Debtor will refinance the loan, abide by the Agreement or surrender the property as of the Modification Maturity Date. FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, By Saxon Mortgage Services, Inc., as Attorney in Fact's hereby objects as our office has been unable to obtain documentation supporting Debtors' claims regarding the loan modification agreement.

Further FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, By Saxon Mortgage Services, Inc., as Attorney in Fact's lien interest on the real property commonly known as 10855 E. Gold Dust, Scottsdale AZ 85259 objects as there is insufficient information regarding the Debtor's ability to refinance by the maturity date of the alleged loan modification agreement.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 7th day of May, 2010.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
May 7, 2010 to:

Leon Jay Klein and Stacy Ellen Klein
10855 E. Gold Dust
Scottsdale, AZ  85250
Debtors

Lawrence D. Hirsch
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee
By: April Crane