# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-12299

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-30142-CGC |
| Leon Jay Klein and Stacy Ellen Klein | Chapter 11 |
| Debtors. | OBJECTION TO 11 PLAN |
| Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. | |
| Secured Creditor, vs. | |
| Leon Jay Klein and Stacy Ellen Klein, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.'s lien interest on the real property commonly known as 6900 East Princess Drive #2129, Phoenix AZ 85054.

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

Wells Fargo Bank N.A., objects to the proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to the Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtors exceeds a reasonable arrangement in light of the Debtors' past non-payment history. The proposed Plan appears to attempt to cram-down Secured Creditor's claim by scheduling or providing for a total claim to Secured Creditor in the amount of $65,000.00, while in fact the total claim owed to Secured Creditor is in excess of $120,000.00. The proposed Plan payments of $292.22 per month for 96 months, with a 4.5% interest rate with payments amortized over 40 years, with a "balloon payment" on the 96th month with the balance due on the principal at the end of the 60 month plan being $59,000.00. The remaining portion of the claim, approximately $55,000.00, is to be treated as a General Unsecured Claim under Class 9 of the Plan. The Plan proposes to pay the secured claim of Client at an interest rate of 4.5%, which is not reasonable under current market conditions.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 10th day of May, 2010.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
May 10, 2010 to:

Leon Jay Klein and Stacy Ellen Klein
10855 E. Gold Dust
Scottsdale , AZ  85250
Debtors

Lawrence D. Hirsch
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee

By: April Crane