# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Leon Jay & Stacy Ellen Klein |
| **Case Number:** | 2:09-bk-30142-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 03, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

INITIAL CONFIRMATION HEARING

**R / M #:**   52 / 0

**VACATED:** **Motion to Vacate Hearing on Plan Confirmation filed by LAWRENCE D. HIRSCH of DeCONCINI McDONALD YETWIN & LACY, PC on behalf of Leon Jay Klein, Stacy Ellen Klein**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Motion to Vacate Hearing on Plan Confirmation filed by LAWRENCE D. HIRSCH of DeCONCINI McDONALD YETWIN & LACY, PC on behalf of Leon Jay Klein, Stacy Ellen Klein