SO ORDERED.

Dated: August 03, 2010



*/s/ Charles G. Case*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

---

DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520

Lawrence D. Hirsch #004982
lhirsch@dmylphx.com
Jeannette L. Bickner #009409
jbickner@dmylphx.com
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>LEON JAY KLEIN &<br>STACY ELLEN KLEIN<br><br>Debtors | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-30142 CGC<br><br>ORDER VACATING HEARING<br>ON CHAPTER 11 PLAN<br>CONFIRMATION |

The Court having considered Debtors' Motion to Vacate Hearing for Chapter 11 Plan Confirmation, scheduled for the 3rd day of August 2010 at 11:00 a.m. and with good cause appearing,

IT IS HEREBY ORDERED that the motion is granted and the hearing on Chapter 11 Plan confirmation be vacated.

DATED AND SIGNED ABOVE

FORM-ADMRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-30142-CGC

Leon Jay Klein  Chapter: 11
aka Lee Klein
10855 E. Gold Dust
Scottsdale, AZ 85250
SSAN: xxx-xx-7601
EIN:

Stacy Ellen Klein
10855 E. Gold Dust
Scottsdale, AZ 85250
SSAN: xxx-xx-3652
EIN:

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 8/3/10 at 1;30 p.m. has been vacated.

This matter has been RESCHEDULED for hearing on 8/3/10 at 11:00 AM at 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Charles G. Case II to consider and act upon the following matter:

INITIAL CONFIRMATION HEARING

**Date: July 13, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727
Telephone number: (602) 682-4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**